■ In the Matter of PAUL L. MARSHALL, an Attorney, Resignor. [33 NYS3d 800]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P.,

Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 22, 2016.)